# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA ABUNDIZ, and ROMAN ABUNDIZ,<br><br>Defendants. | NOS.  CR-07-2080-RHW-2<br>CR-07-2080-RHW-3<br><br>**ORDER DISMISSING INDICTMENTS** |

A pretrial hearing was held on June 30, 2008. At the hearing, the Court granted the Government's oral motion to dismiss the Indictments filed against Defendants Rosa Abundiz and Roman Abundiz.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Indictments filed in the above-captioned cases are **dismissed** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** the 22nd day of September, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2007\07-2080\dismiss.wpd

**ORDER DISMISSING INDICTMENTS ~ 1**